**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LUIGI GIROTTO,                                                    CASE NO: 1:23-cv-08734-GHW

      Plaintiff,

vs.

STAUD, INC., a Delaware corporation,
d/b/a STAUD, and 45 GREENE STREET
OWNER LLC, a Delaware limited liability,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

      COMES NOW Plaintiff, LUIGI GIROTTO, and Defendants, STAUD, INC., a Delaware corporation, d/b/a STAUD, and 45 GREENE STREET OWNER LLC, a Delaware limited liability company, by and through their respective undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case. The settlement agreement is being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. The parties respectfully request a sixty (60) day Order of Dismissal to be issued in this matter.

      Dated: This 18th day of April, 2024.

| | |
|---|---|
| By: /S/ Robert J. Mirel | By: S/ Andrew T. Lolli |
| Robert J. Mirel, Esq. | Darren K. Sharp, Esq. (pro hac) |
| The Weitz Law Firm, P.A. | Andrew T. Lolli, Esq. |
| Bank of America Building | Armstrong Teasdale LLP |
| 18305 Biscayne Blvd., Suite 214 | 2345 Grand Blvd, Suite 1500 |
| Aventura, Florida 33160 | Kansas City, MO 6410 |
| Telephone: (305) 949-7777 | Telephone: (816) 221-3420 |
| Facsimile: (305) 704-3877 | Email: dsharp@atllp.com |
| Email: rjm@weitzfirm.com | Email: alolli@atllp.com |
| *Attorneys for Plaintiff* | *Attorneys for Staud, Inc.* |

By: /S/ Joseph J. Lynett
 Joseph J. Lynett, Esq.
Jackson Lewis P.C.
666 Third Avenue
New York, NY 10017
Telephone: (212) 545-4000
Email: joseph.lynett@jacksonlewis.com
*Attorneys for 45 Greene Street Owner LLC*